Mark T. Kearney (SBN 219707)
  *mkearney@mks-law.com*
Jason K. Smith (SBN 277923)
  *jsmith@mks-law.com*
MK Smith, APC
9891 Irvine Center Dr., Suite 200
Irvine, California 92618
Telephone:  (949) 299-2500
Facsimile:   (949) 408-1750

Attorneys for Plaintiffs
RAPID BATH REMODEL and THOMAS BACON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| RAPID BATH REMODEL, a California corporation, and THOMAS BACON, an individual,<br><br>               Plaintiffs,<br>     vs.<br><br>HOMERENEW GROUP HOLDINGS, L.P., a Delaware limited partnership, and DREAMSTYLE REMODELING, LLC, a Delaware limited liability company,<br><br>               Defendants. | CASE NO: 8:24-cv-00444-DOC(ADSx)<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

PLEASE TAKE NOTICE:

   This action is dismissed by the Plaintiffs in its entirety and with prejudice, without costs, attorneys' fees, penalties or disbursements to any party.

   This dismissal is made pursuant to Federal Rule of Civil Procedure 41(a), with the understanding that Plaintiffs are voluntarily dismissing the action ***with***

*prejudice* and without costs, attorneys' fees, penalties or disbursements to any part as a result of a resolution of the issues in this litigation.

Dated: May 20, 2024                MK Smith, APC

By:_____
     Jason K. Smith
Counsel for Plaintiffs,
RAPID BATH REMODEL and THOMAS BACON